No. 10-10680. Antonio Pierce, Petitioner v. United States.

564 U.S. 1045, 131 S. Ct. 3079, 180 L. Ed. 2d 901, 2011 U.S. LEXIS 4947.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 403 Fed. Appx. 988.

No. 10-10685. Tiffany Arnold, Petitioner v. United States.

564 U.S. 1045, 131 S. Ct. 3079, 180 L. Ed. 2d 901, 2011 U.S. LEXIS 4955.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-10687. David Vaught, Petitioner v. United States.

564 U.S. 1045, 131 S. Ct. 3080, 180 L. Ed. 2d 901, 2011 U.S. LEXIS 4815.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 405 Fed. Appx. 832.

No. 10-10708. Reginald Arnold Waddell, Petitioner v. United States.

564 U.S. 1045, 131 S. Ct. 3080, 180 L. Ed. 2d 901, 2011 U.S. LEXIS 4927.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 412 Fed. Appx. 577.

No. 10-10739. Melvin Pollard, Petitioner v. John Yost, Warden.

564 U.S. 1045, 131 S. Ct. 3080, 180 L. Ed. 2d 901, 2011 U.S. LEXIS 4934.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 406 Fed. Appx. 635.

No. 10-10746. Michael Dion Acrey, Petitioner v. United States.

564 U.S. 1045, 131 S. Ct. 3080, 180 L. Ed. 2d 901, 2011 U.S. LEXIS 4982.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 413 Fed. Appx. 722.

No. 10-10759. William L. Gladney, Petitioner v. United States.

564 U.S. 1045, 131 S. Ct. 3080, 180 L. Ed. 2d 901, 2011 U.S. LEXIS 4973.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 573 F.3d 1011.

No. 10-10764. Timothy Dean Smith, Petitioner v. United States.

564 U.S. 1045, 131 S. Ct. 3081, 180 L. Ed. 2d 901, 2011 U.S. LEXIS 4990.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 415 Fed. Appx. 826.